# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>OSCAR FELIX-FELIX,<br><br>                 Defendant. | CASE NO. 14-cr-01338-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

      8:1326(a)(b) - Removed Alien Found in the United States (Felony)(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/11/14



FILED
JUN 1 1 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                 DEPUTY

William V. Gallo
U.S. Magistrate Judge